# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 25-CV-24603-CMA

PARADISE TAILS, INC.,
REEL FAITH FISHING LLC,
ERICK BRAVO, JOSE D. HERNANDEZ,
and all others similarly situated,

vs.

D & D SEAFOOD CORPORATION,
KEYS FISHERIES, INC.,
DENNIS DOPICO, and
GARY GRAVES,

   Defendants.

_____/

## <u>THE UNITED STATES' UNCONTESTED MOTION TO INTERVENE</u>

The United States of America, through the Antitrust Division of the United States Department of Justice (the "United States" or the "Division"), respectfully moves to intervene in this civil action. The Division seeks intervention as of right pursuant to Federal Rule of Civil Procedure 24(a) in order to protect the integrity of an ongoing federal criminal investigation. In the alternative, the United States seeks permissive intervention under Rule 24(b) for the same purpose.

Dated:  February 16, 2026
Washington, DC

Respectfully submitted,

/s/ Brian A. White
Brian A. White, Special Bar ID# A5503465
Senior Litigation Counsel
United States Department of Justice, Antitrust Division
450 Fifth St NW, Suite 3000
Washington, DC 20530
Tel. No. (202) 826-8795
Fax:  (202) 514-7308
Brian.White6@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I, Brian A. White, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  February 16, 2026

<u>/s/ Brian A. White</u>
Brian A. White
