**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-24603-CIV-ALTONAGA**

**PARADISE TAILS, INC.,** *et al.*,

Plaintiffs,

v.

**D&D SEAFOOD CORPORATION,**
*et al.*,

Defendants.

_______________________________/

# JOINT STATUS REPORT

As directed in the Court's March 3, 2026 Order administratively closing this case, Dkt. No. 143, the following is a Joint Status Report from the Parties and Intervenor the United States of America. The Parties previously submitted a Joint Status Report on July 7, 2026 (Dkt. No. 166).

## STATUS OF DISCOVERY

The parties are continuing to conduct discovery in this action in a manner consistent with the Government's request that the parties not seek discovery concerning the Antitrust Division's investigative steps or Grand Jury material. Both party and nonparty written discovery continues to be exchanged. The parties have continued to meet and confer regarding discovery issues, including the scope of document searches and productions, and have made and received additional document productions since the Parties' last Joint Status Report. The parties are also continuing to pursue discovery from nonparties. Document review and production remain ongoing, and the parties anticipate that additional responsive documents will be produced on a rolling basis.

## STATUS OF THE ONGOING CRIMINAL INVESTIGATION

The United of America, through the Antitrust Division of the United States Department of Justice (the "United States" or the "Division"), respectfully submits the following report on the status of the ongoing criminal investigation. The Division previously provided an *ex parte* Declaration of Ryan Tansey, then the Chief of the Division's Washington Criminal Section, dated February 27, 2026 (the "Tansey Declaration") ECF No. 140. The investigation continues to proceed in the manner set forth in the Tansey Declaration, although certain steps may take or have taken longer than originally estimated. If the Court requires further specifics, the Division is prepared to provide additional information to the Court *in camera* or via a further *ex parte* Declaration.

DATED: September 8, 2026

Respectfully submitted,

By: */s/ Benjamin J. Widlanski*
Benjamin J. Widlanski (Fla. Bar # 1010644)
Robert J. Neary (Fla. Bar #81712)
Brandon M. Sadowsky (Fla. Bar # 1052643)
Bianca L. Nachmani (Fla. Bar # 1072331)
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Tel.: (305) 372-1800
Fax: (305) 372-3508
bwidlanski@kttlaw.com
rn@kttlaw.com
bsadowsky@kttlaw.com
bnachmani@kttlaw.com

Joseph Saveri (*pro hac vice*)
Cadio Zirpoli (*pro hac vice*)
**SAVERI LAW FIRM**
550 California Street Suite 910
San Francisco, CA 94104

**TRIPP SCOTT, P.A.**
*Attorneys for Defendants*
*BSC Fisheries LLC and Brian C. Hershey*
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500

By: ***/s/ Seth J. Donahoe***
**PAUL O. LOPEZ, ESQ.**
Fla. Bar #983314
pol@trippscott.com
sxc@trippscott.com
**SETH J. DONAHOE, ESQ.**
Fla. Bar #1004133
sjd@trippscott.com
eservice@trippscott.com
sgc@trippscott.com
cab@trippscott.com
**DALIANETT CORRALES**
Florida Bar #1038612
dxc@trippscott.com
stl@trippscott.com

Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com

Avery M. Wolff (*pro hac vice*)
**SAVERI LAW FIRM**
780 Third Avenue, Suite 1200
New York, NY 10017
Tel: (347) 790-0069
awolff@saverilawfirm.com

Adam J. Zapala (*pro hac vice*)
Elizabeth T. Castillo (*pro hac vice*)
Christopher F. Jeu (*pro hac vice*)
Christian S. Ruano (*pro hac vice*)
Lauren A. Devens *(pro hac vice)*
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cjeu@cpmlegal.com
cruano@cpmlegal.com
ldevens@cpmlegal.com

Brandon S. Floch (Fla. Bar # 125218)
Jeffrey A. Neiman (Fla. Bar # 544469)
**NEIMAN MAYS FLOCH & ALMEIDA PLLC**
100 SE 3rd Ave, Suite 805
Fort Lauderdale, FL 33394
Tel: (954) 462-1200
bfloch@nmfalawfirm.com
jneiman@nmfalawfirm.com

*Counsel for Plaintiffs*

**TONJA HADDAD, PA**
*Attorney for Defendant*
*Billy's Stone Crabs, Inc.*
315 SE 7th Street, Suite #301
Fort Lauderdale, FL 33301
Tel. 954-467-1223

By: ***/s/ Tonja B. Haddad***
**TONJA B. HADDAD, ESQ.**
FL BAR NO. 176737
Tonja@tonjahaddad.com

**AKERMAN LLP**
*Attorneys for Defendants Keys Fisheries, Inc., Gary Graves, and Ernest Hamilton Stone Crabs Corp.*

By: ***/s/ Jaqueline Arango***
**Jacqueline Arango**
Florida Bar No.: 664162
Jacqueline.arango@akerman.com
**Christopher W. Boyett**
Florida Bar No.: 1019707
Christopher.boyett@akerman.com
**Akerman LLP**
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
(305) 982-5527

**Richard Brosnick**
*(Admitted Pro Hac Vice)*
**Akerman LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
(212) 880-3800

**The Law Offices of Stuart N. Kaplan, P.A**
3399 PGA Blvd, Suite 150
Palm Beach Gardens, Florida 33410

***/s/ Stuart N. Kaplan***
Stuart N. Kaplan
*Attorney for Defendant KLF Summit, LLC*
Florida Bar No.: 647934

skaplan@stuartnkaplanpa.com
**The Billbrough Firm**
*Attorneys for Defendant D&D Seafood Corp.*
*& Dennis Dopico*
7321 S.W. 146 Terrace
Miami, FL 33158
305-359-8085
Email: bart@billbroughfirm.com

By: ***/s/ G. Bart Billbrough***
**G. BART BILLBROUGH**
FL BAR NO. 334261

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on September 8, 2026, via CM/ECF and/or email upon all counsel of record.

*/s/ Benjamin J. Widlanski*
Benjamin J. Widlanski